HERMAN PISTORIUS v. SAGINAW COUNTY SUPERVISORS.

*Circuit court commissioners' fees.*

Act 214 of 1879 fixing the fees of a circuit court commissioner in crim-
inal examinations applies where he takes the evidence in person.
Where it is done by a stenographer the board of supervisors are the·
final judges of proper compensation.

Mandamus.    Submitted June 19.—Denied June 20.

*W. S. Tennant* for the writ.

*Frank E. Emerick* against.

PER CURIAM.    A majority of the Court are of the opin-
ion that the statute of 1879, prescribing the fees of circuit
court commissioners on criminal examinations, refers to
cases where the evidence is taken by the officer in person,
and does not apply to cases where the service is mainly
vicarious.    Here the commissioner did not take the evi-
dence in person, but employed a stenographer to do it.
What should be paid for what was done was therefore not
dependant on the tariff of rates in the fee bill, but was such
amount as would be a reasonable recompense, and of this
the board of supervisors had the lawful right to judge, and
their decision is controlling.

Writ denied.